United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARTH J GUMIENNY,<br><br>        Plaintiff,<br><br>     v.<br><br>EDWARD BORLA, et al.,<br><br>        Defendants. | Case No.  26-cv-04863-VKD  (PR)<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| CHRISTOPHER BRYAN MCKENZIE,<br><br>        Plaintiff,<br><br>     v.<br><br>EDWARD BORLA, et al.,<br><br>        Defendants. | Case No. 25-cv-02820 TLT (PR) |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al.*

**IT IS SO ORDERED.**

Dated: May 28, 2026

Virginia K. DeMarchi
United States Magistrate Judge